| | |
|---|---|
| 1 | DLA PIPER RUDNICK GRAY CARY US LLP |
| 2 | Joshua Koltun (SBN: 173040)<br>Isela Castaneda (SBN: 223971) |
| 3 | 153 Townsend Street, Suite 800<br>San Francisco, California 94107-1957 |
| 4 | Telephone: (415) 836-2500<br>Facsimile: (415) 836-2501 |
| 5 | MORRISON COHEN LLP |
| 6 | Fred H. Perkins<br>Danielle Lesser |
| 7 | Alvin Lin<br>909 Third Avenue |
| 8 | New York, New York 10022<br>Telephone: (212) 735-8600 |
| 9 | Facsimile: (212) 735-8708<br>*Pro hac vice application to be filed* |
| 10 | Attorneys for Defendants |
| 11 | DENNIS F. GROSS, M.D.<br>and M/D SKIN CARE LLC |
| 12 | LATHAM & WATKINS LLP |
| 13 | Kenneth M. Fitzgerald (SBN: 142505)<br>Jennifer L. Barry (SBN: 228066) |
| 14 | 600 West Broadway, Suite 1800<br>San Diego, California 92101-3375 |
| 15 | Telephone: (619) 236-1234<br>Facsimile:  (619) 696-7419 |
| 16 | Attorneys for Plaintiffs |
| 17 | BARE ESCENTUALS BEAUTY, INC.<br>and BIOCEUTIX, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BARE ESCENTUALS BEAUTY, INC. and BIOCEUTIX, INC.,<br><br>Plaintiffs<br><br>v.<br><br>DENNIS F. GROSS, M.D. and M/D SKINCARE LLC,<br><br>Defendants. | | **Case No. CV 06-5605-MHP**<br><br>**STIPULATION OF PARTIES TO EXTEND TIME FOR DEFENDANTS DENNIS F. GROSS, M.D. AND MD SKINCARE LLC TO ANSWER OR OTHERWISE RESPOND** |

Plaintiffs BARE ESCENTUALS BEAUTY, INC. and BIOCEUTIX, INC.

SANF1\355380.1

-1-

Stipulation of Parties To Extend Time for
Defendants to Answer or Otherwise Respond

CASE NO. C06-05605 MHP

DLA PIPER US LLP
SAN FRANCISCO

1  ("Plaintiffs") and defendants DENNIS F. GROSS, M.D. and M/D SKINCARE LLC
2  ("Defendants") hereby stipulate, pursuant to Civil Local Rule 6-1(a), to extend the time
3  for Defendants to answer, move or otherwise respond to the first amended complaint in
4  this action by 30 days to and including November 9, 2006.  The parties agree that this
5  stipulation does not waive any claim or defense either party may have.

6  DATED:  September 25, 2006        DLA PIPER RUDNICK GRAY CARY US LLP

8                                    By: /s/ Isela Castaneda
                                      Isela Castaneda
9                                     *Attorneys for Defendants*
                                      DENNIS F. GROSS and M/D SKINCARE,
10                                    LLC

11 DATED:  September 25, 2006        LATHAM & WATKINS LLP

13                                    By: /s/  Jennifer L. Barry
                                      Jennifer L. Barry
14                                    *Attorneys for Plaintiffs*
                                      BARE ESCENTUALS BEAUTY, INC.
15                                    and BIOCEUTIX, INC.

18            9/26/2006            IT IS SO ORDERED
                                   [signature]
                                   Judge Marilyn H. Patel
                                   UNITED STATES DISTRICT COURT
                                   NORTHERN DISTRICT OF CALIFORNIA

SANF1\355380.1                        -2-
Stipulation of Parties To Extend Time for                         CASE NO. C06-05605 MHP
Defendants to Answer or Otherwise Respond

SD\553796.1