| | |
|---|---|
| 1 | DLA PIPER RUDNICK GRAY CARY US LLP |
| | Joshua Koltun (SBN: 173040) |
| 2 | Isela Castaneda (SBN: 223971) |
| | 153 Townsend Street, Suite 800 |
| 3 | San Francisco, California 94107-1957 |
| | Telephone: (415) 836-2500 |
| 4 | Facsimile: (415) 836-2501 |
| 5 | MORRISON COHEN LLP |
| | Fred H. Perkins |
| 6 | Danielle Lesser |
| | Alvin Lin |
| 7 | 909 Third Avenue |
| | New York, New York 10022 |
| 8 | Telephone: (212) 735-8600 |
| | Facsimile: (212) 735-8708 |
| 9 | *Pro hac vice application to be filed* |
| 10 | Attorneys for Defendants |
| | DENNIS F. GROSS, M.D. |
| 11 | and M/D SKIN CARE LLC |
| 12 | LATHAM & WATKINS LLP |
| | Kenneth M. Fitzgerald (SBN: 142505) |
| 13 | Jennifer L. Barry (SBN: 228066) |
| | 600 West Broadway, Suite 1800 |
| 14 | San Diego, California 92101-3375 |
| | Telephone: (619) 236-1234 |
| 15 | Facsimile:  (619) 696-7419 |
| 16 | Attorneys for Plaintiffs |
| | BARE ESCENTUALS BEAUTY, INC. |
| 17 | and BIOCEUTIX, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 20 | | |
| 21 | BARE ESCENTUALS BEAUTY, INC. and BIOCEUTIX, INC., | **Case No. CV 06-5605-MHP** |
| 22 | Plaintiffs | **STIPULATION OF PARTIES TO EXTEND TIME FOR DEFENDANTS** |
| 23 | v. | **DENNIS F. GROSS, M.D. AND MD SKINCARE LLC TO ANSWER OR** |
| 24 | DENNIS F. GROSS, M.D. and M/D SKINCARE LLC, | **OTHERWISE RESPOND** |
| 25 | Defendants. | |
| 26 | | |

Plaintiffs BARE ESCENTUALS BEAUTY, INC. and BIOCEUTIX, INC.

SANF1\355380.1     -1-

Stipulation of Parties To Extend Time for
Defendants to Answer or Otherwise Respond     CASE NO. C06-05605 MHP

DLA PIPER US LLP
SAN FRANCISCO

SD\553796.1

1  ("Plaintiffs") and defendants DENNIS F. GROSS, M.D. and M/D SKINCARE LLC
2  ("Defendants") hereby stipulate, pursuant to Civil Local Rule 6-1(a), to extend the time
3  for Defendants to answer, move or otherwise respond to the first amended complaint in
4  this action by 30 days to and including November 9, 2006.  The parties agree that this
5  stipulation does not waive any claim or defense either party may have.

6  DATED: September 25, 2006        DLA PIPER RUDNICK GRAY CARY US LLP

8                                   By: /s/ Isela Castaneda
                                        Isela Castaneda
9                                       *Attorneys for Defendants*
                                        DENNIS F. GROSS and M/D SKINCARE,
10                                      LLC

11 DATED: September 25, 2006        LATHAM & WATKINS LLP

13                                  By: /s/  Jennifer L. Barry
                                        Jennifer L. Barry
14                                      *Attorneys for Plaintiffs*
                                        BARE ESCENTUALS BEAUTY, INC.
15                                      and BIOCEUTIX, INC.

18                  9/26/2006

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DLA PIPER US LLP
SAN FRANCISCO

SANF1\355380.1                            -2-
Stipulation of Parties To Extend Time for                          CASE NO. C06-05605 MHP
Defendants to Answer or Otherwise Respond

SD\553796.1