```
LATHAM & WATKINS LLP
    Kenneth M. Fitzgerald (Bar No. 142505)
    Jennifer L. Barry (Bar No. 228066)
600 West Broadway, Suite 1800
San Diego, California 92101-3375
Telephone: (619) 236-1234
Facsimile: (619) 696-7419
kenneth.fitzgerald@lw.com
jennifer.barry@lw.com

Attorneys for Plaintiffs
BARE ESCENTUALS BEAUTY, INC.
and BIOCEUTIX, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARE ESCENTUALS BEAUTY, INC., and BIOCEUTIX, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DENNIS F. GROSS, M.D. and M/D SKIN CARE LLC, <br><br> Defendants. | Case No. CV 06-5605-MHP <br><br> **PLAINTIFFS' REQUEST FOR DISMISSAL WITHOUT PREJUDICE** |

Plaintiffs Bare Escentuals Beauty, Inc. and Bioceutix, Inc. hereby request that the Court dismiss this action without prejudice.

Dated: November 8, 2006

LATHAM & WATKINS LLP

By: /s/ Jennifer L. Barry
Jennifer L. Barry
Attorneys for Plaintiffs
BARE ESCENTUALS BEAUTY INC.
AND BIOCEUTIX, INC.

Dated: 12/12/06

IT IS SO ORDERED
/s/ Marilyn H. Patel
Judge Marilyn H. Patel

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\559812.1

PLAINTIFFS' REQUEST FOR DISMISSAL
WITHOUT PREJUDICE